AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>JUAN TLATENCHI-MIRELES<br><br>*Defendant(s)* | **SEALED**<br><br>Case No. 4:26MJ3005 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 13, 2026** in the county of **Lancaster** in the District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 111 | Assault on a Federal Law Enforcement Officer |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dillon Doeden, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 1/13/2026

_____
*Judge's signature*

City and state: Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF COMPLAINT

Dillon Doeden states under oath as follows:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security. I am assigned to the Fugitive Operation Unit located at 1717 Ave. H., Omaha, Nebraska. I have served with ICE since 2018 and am an officer of ICE, an agency of the United Sates Government pursuant to 18 U.S.C. § 1114.

2. On October 3, 2025, ICE officers encountered Juan Tlatenchi-Mireles (hereinafter "Tlatenchi-Mireles"), a citizen and national of Mexico, at the Lancaster County Jail in Lincoln, Nebraska after having been arrested for domestic assault in the 3rd degree. ICE officers then lodged a detainer with Lancaster County Jail. However, Tlatenchi-Mireles was allowed to post bond and was ultimately released before ICE could assume custody. Tlatenchi-Mireles had been previously granted a voluntary departure and returned to Mexico voluntarily through a port of entry at Laredo, Texas on or about July 13, 2023. As a result of this interaction with Customs and Border Patrol officers, Federal agents obtained Tlatenchi-Mireles' fingerprints and photograph.

3. On January 13, 2026, I was on duty performing official duties for ICE. At approximately 12:45 pm, while attempting to serve an administrative arrest warrant for Tlatenchi-Mireles, I observed Tlatenchi-Mireles leaving his residence located at 3215 Orchard Street in Lincoln, Nebraska. This address was obtained from previous court documents. Tlatenchi-Mireles was positively identified from previous booking photos and biometric fingerprints. Tlatenchi-Mireles then got in the driver's seat of a red Subaru Impreza bearing license plate ABL056.

4. Tlatenchi-Mireles then drove southbound on 27th Street in Lincoln, Nebraska. ICE Officer Keshaun Britt, while driving an unmarked law enforcement vehicle, initiated a vehicle stop using law enforcement lights and sirens near the intersection of 27th & T Streets in Lincoln, Nebraska. At that location, the 27th Street roadway contains two lanes for southbound traffic and two lanes for northbound traffic. Tlatenchi-Mireles failed to stop in response to Officer Britt's overhead lights and sirens. Tlatenchi-Mireles continued driving southbound on 27th Street for approximately four blocks.

5. At that time, I was following Officer Britt and Tlatenchi-Mireles in my own unmarked sport utility vehicle equipped with overhead lights and sirens. I passed Tlatenchi-Mireles' vehicle in the right lane with my vehicle's lights and sirens deployed, and pulled in front of Tlatenchi-Mireles' Subaru. Tlatenchi-Mireles quickly swerved and accelerated his vehicle into the right-hand lane attempting to move around me. As he swerved, I also merged into the right-hand lane. Tlatenchi-Mireles then quickly swerved into the left-hand lane and proceeded to pass me. At that time, Tlatenchi-Mireles', while attempting to drive around my vehicle, intentionally accelerated and steered his vehicle toward mine and struck the driver's front portion of my government vehicle in what appeared to be an attempt to flee arrest. I was able to avoid a hard collision by quickly swerving away. Tlatenchi-Mireles then ran through a red light at 27th & O Streets traveling eastbound on O Street at a high rate of speed. At that time, I observed Tlatenchi-Mireles break multiple traffic laws and almost cause several accidents. Around 27th and O Streets in Lincoln, "O" Street is public roadway with two to three lanes for eastbound traffic and two to three lanes for westbound traffic.

6. From my vehicle, I was able to see Tlatenchi-Mireles' driving behavior from a safe distance. I followed Tlatenchi-Mireles back to his place of residence at 3215 Orchard Street in Lincoln, Nebraska. I observed Tlatenchi-Mireles stop his vehicle in the middle of the street, get out of his Subaru, run inside his house, and shut and lock the door. I parked near his residence, walked up to his front door, and gave Tlatenchi-Mireles multiple commands in both English and Spanish to exit the residence. As of this writing, Tlatenchi-Mireles has refused to exit his residence.

7. Based upon the aforementioned facts, I believe probable cause exists showing Tlatenchi-Mireles, a subject in which an administrative arrest warrant exists, is concealed inside the residence at 3215 Orchard Street, Lincoln, Nebraska, and is refusing to either come out of the residence or allow Officers to enter the residence. I further believe that Tlatenchi-Mireles is present within the United States in violation of 8 U.S.C. 1325, unlawfully entering the United States. I further believe that Tlatenchi-Mireles forcibly assaulted, opposed, impeded, and interfered with me while I was performing official duties in violation of 18 U.S.C. § 111.

[signature]

Dillon Doeden
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me by reliable electronic means.

1/13/2026
Date

[signature: Ydeluca]
Jacqueline M. DeLuca
United States Magistrate Judge